certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. John M. Wheeler* and *Edward Howell* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key* and *J. Louis Monarch* for respondent.

No. 1211. MASON *v.* IMPERIAL IRRIGATION DISTRICT ET AL. May 21, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.

No. 1223. COMMISSIONER OF INTERNAL REVENUE *v.* REPUBLIC COTTON MILLS. May 21, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Assistant Solicitor General Cox* for petitioner. *Messrs. John W. Townsend* and *J. Craig Peacock* for respondent.

No. 1227. RUSSELL, RECEIVER, *v.* ATLANTA FLOORING & INSULATION CO., INC. ET AL. May 21, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. H. A. Alexander* for petitioner.

No. 1140. BROOKS ET UX. *v.* DEWITT ET UX. May 21, 1945. Petition for writ of certiorari to the Supreme Court of Texas denied. *Mr. J. C. Hall* for petitioners.

No. 1146. HEARST MAGAZINES, INC. *v.* DE ACOSTA; and
No. 1157. BROWN *v.* DE ACOSTA. May 21, 1945. Petitions for writs of certiorari to the Circuit Court of Ap-